UNITED STATES DISTRICT COURT
DISTRICT OF MAINE

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | § § § | |
| v. | § § | Criminal No. 14-CR-00083-DBH |
| F. WILLIAM MESSIER and DAVID EVERETT ROBINSON | § § § | |

DEFENDANT'S PROPOSED VOIR DIRE

**NOW COMES** Defendant, William Messier, through his counsel, respectfully requests, that the following questions be posed to the jury as follows:

1. Have you or a close relative or friend been employed by the United States Department of Justice or the Internal Revenue Service? If so, what division and when? Does that employment tend to give the government any advantage in this case where the Government is a party.

2. Have you or has any member of your family worked in any of the following areas:

   - Law enforcement
   - Taxation or the IRS
   - Accounting
   - Law or the legal system
   - Fire Department
   - The Army National Guard
   - Radio Repair or Operator
   - Pilot
     (For each, follow up on the nature of the experience and whether it would be accompanied by any knowledge or beliefs that would influence the way they view the case).

3. Do you prepare your own taxes? If you do not prepare your own taxes, why not? If you use an outside source to help with your taxes, how heavily do you rely on their advice? When you file your taxes, are you conservative or aggressive in your approach, and why?

4. Have you been audited by the IRS? If so, how long ago? Did you have to pay any additional taxes as a result of this audit? Were you treated fairly?

5. Do you have a trust? Are you a beneficiary of a trust, or a trustee for a trust?

6. Would you tend to give a government or law enforcement official greater credibility due to their role or office?

7. Do you believe that the fact that someone has been charged with a crime means that it is likely that the person charged committed the crime?

8. In this case, I will be instructing you on burdens. But prior to that, I would like to ask; do you believe a person charged with a crime should have to prove that they are not guilty?

9. I also will be instructing you on a defendant's Fifth Amendment right not to testify. Prior to that, I would still like to ask, if a person is charged with a crime, would you *expect* that person to take the stand and testify? If that person exercised their right not to testify, would you take any particular meaning from that?

10. Would you have any difficulty in following my instructions regarding who has the burden of proof, or on a defendant's right not to testify?

11. How many people here think that study of psychology and the practice of psychology are not a legitimate science?

12. Do you know the difference between a psychologist and a psychiatrist?

13. Do you believe a person's mental state can influence their response to taxes and tax laws?

14. Has anyone had a relative diagnosed with a delusion or a mental defect?

15. Do you believe someone with a delusion must be held responsible for his or her behavior or beliefs?

16. Can someone be mistaken in their belief they don't have to file a tax return?

17. Does anyone know anyone that has gotten "off-the-hook" because they faked a mental problem?

18. Are any of you friends or acquainted with anyone else on the jury?

19. Do you have times in your life where you have not agreed with the government on something?

20. How many of you would hesitate to disagree with the government if you thought that the evidence, which is what you have to rely upon in this case, did not convince you beyond a reasonable doubt that the government had proven their case?

21. A criminal case is not a civil case.  Your decision will not impact whether the IRS can collect taxes.  The IRS can do that through civil collection.  How many understand that?

22. If someone relies on their own understanding of the tax laws rather than rely on an accountant or attorney, can they be have a good faith belief they don't have to pay taxes?

23. How many of you believe that a person can honestly believe the internal revenue code did not require them to pay taxes or file returns?

24. Does anyone feel they cannot listen to what a witness says because they might not agree with the witness' beliefs?

25. What are your views and beliefs regarding people who do not file income tax returns?

26. Have any of you heard of the term "tax protestor"?  If so, how many of you have a dislike toward someone who might be labeled as a "tax protestor" by the government?

27. Does anyone have any religious or Biblical beliefs regarding the payment of taxes, and if so, what are those beliefs?

28. If Mr. Messier made money and did not pay tax on that money, would it be fair to assume he did something wrong, regardless of his beliefs?

Respectfully submitted on February 23, 2015.

*s/Michael Louis Minns*
**Michael Louis Minns**
Ashley Blair Arnett
MICHAEL LOUIS MINNS, P.L.C.
9119 S. Gessner, Suite One
Houston, TX  77074

        Tel.: (713) 777-0772
        Fax: (713) 777-0453
        Email: mike@minnslaw.com
                ashley@minnslaw.com

William D. Maselli
98 Washington Avenue
Portland, ME  04101
Tel.: (207)-780-8400
Fax: **(207) 879-2619**
Email:  maselli@securespeed.net


Attorneys for Defendant F. William Messier


### CERTIFICATE OF SERVICE

On February 23, 2015 I, Ashley Blair Arnett, attorney for the Defendant F. William Messier, filed this motion with the United States District Court District of Maine electronic filing system.  Based on my training and experience with electronic filing in the federal courts, it is my understanding that a copy of this request will be electronically served upon the parties upon its submission to the Court.


        s/*Ashley Blair Arnett*
        Ashley Blair Arnett
        Attorney for Defendant F. William Messier