UNITED STATES DISTRICT COURT
DISTRICT OF MAINE

| | |
|---|---|
| UNITED STATES OF AMERICA )<br>)<br>v.                                )<br>)   Criminal No. 2:14-cr-00083-DBH<br>F. WILLIAM MESSIER  and   )<br>DAVID EVERETT ROBINSON    ) | |

## GOVERNMENT'S PROPOSED VOIR DIRE

The United States of America, by and through its attorneys, Thomas E. Delahanty II, United States Attorney for the District of Maine, James W. Chapman, Jr., Assistant United States Attorney, and Karen E. Kelly, Assistant Chief, U.S. Department of Justice, Tax Division, Northern Criminal Enforcement Section, respectfully requests the Court to include the following questions in its examination of prospective jurors in addition to the usual questions it will ask.

1.     The defendants in this case are charged with conspiracy to defraud the United States by impeding, impairing and obstructing the lawful governmental functions of the Internal Revenue Service, and Defendant F. William Messier is charged with criminal violations of the Internal Revenue Code.  Do any of you believe that the tax laws of the United States are invalid or unconstitutional or believe that there is no law that requires you to file a federal income tax return?

2.     Do any of you believe that criminal violations of Internal Revenue Code should not be prosecuted by the government?

3.     Do any of you believe the IRS is not an agency of the United States?

4.	Have any of you or any member of your immediate family ever attended any lecture, seminar or meeting organized or attended by people who claim that the income tax laws are invalid or unconstitutional?

5.	Do you or any member of your immediate family subscribe to any online groups or receive emails from individuals or online groups that claim the federal tax laws are invalid or unconstitutional or that there is no law that requires you to file income tax returns?

6.	Have any of you read or reviewed any books authored by Defendant David E. Robinson, or received any emails from him or his website, the Maine Republic Email Alert?

7.	Have you or any member of your immediate family, ever been audited by the Internal Revenue Service?

8.	Have you or any member of your immediate family ever been assessed a penalty for failure to file tax returns, for failure to pay taxes, for filing a fraudulent return, or for filing a negligent return?

Dated:  February 23, 2015 at Portland, Maine.

THOMAS E. DELAHANTY II
UNITED STATES ATTORNEY

/s/ James W. Chapman, Jr.
Assistant United States Attorney
U.S. Attorney's Office
100 Middle Street Plaza, East Tower
Portland, ME  04101
(207) 780-3257
James.W.Chapman@usdoj.gov

/s/ Karen E. Kelly
Karen E. Kelly, Assistant Chief
U.S. Department of Justice
Tax Division, Northern Criminal
   Enforcement Section
601 D Street, N.W.
Washington, D.C. 20530

-3-

(202) 514-5150

**CERTIFICATE OF SERVICE**

      I hereby certify that on February 23, 2015, I electronically filed the Government's Proposed Voir Dire with the Clerk of Court using the CM/ECF system which will send notifications of such filing(s) to the following:

| | |
|---|---|
| Michael Louis Minns<br>Ashley Blair Arnett<br>Michael Louis Minns, P.L.C.<br>9119 S. Gessner, Suite One<br>Houston, TX  77074<br>mike@minnslaw.com<br>Ashley@minnslaw.com | Joel Vincent<br>44 Exchange Street<br>Portland, Maine 04101<br>jvincent802@gmail.com |

William D. Maselli
98 Washington Avenue
Portland, ME  04101
maselli@securenetspeed.net

                                              Thomas E. Delahanty II
                                              United States Attorney

                                              /s/ James W. Chapman, Jr.
                                              James W. Chapman, Jr.
                                              Assistant United States Attorney