UNITED STATES DISTRICT COURT
DISTRICT OF MAINE

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| v.  ) | Criminal No. 2;14-CR 00083 (DBH) |
| ) | |
| F. WILLIAM MESSIER and ) | |
| DAVID EVERETT ROBINSON ) | |

**ROBINSON'S PROPOSED VOIR DIRE**

Now comes Defendant, David Robinson, by and through counsel and joins counsel for the Government and Defendant Messier in their proposed Voir Dire for the jury.

Dated: February 24, 2015, at Portland, Maine.

    Respectfully submitted,

    Joel Vincent
    Attorney for David Everett Robinson
    44 Exchange Street
    Portland, Maine 04101
    jvincent802@gmail.com

**CERTIFICATE OF SERVICE**

I hereby certify that on February 23, 2015, I electronically filed this Motion for an Extension with the Clerk of Court using the CM/ECF system which will send notifications of such filing(s) to the following:

James W. Chapman, Jr.
Assistant United States Attorney
100 Middle Street
Portland, Maine 04101
James.w.chapman@usdoj.gov

Karen E. Kelly
U.S. Department of Justice
Assistant Chief, Tax Division
601 D Street NW
Washington, DC 20530
Karen.e.kelly@usdoj.gov

Michael Louis Minns
Ashley Blair Arnett
Michael Louis Minns, P.L.C.
9119 S. Gessner, Suite One
Houston, TX 77074
mike@minnslaw.com
Ashley@minnslaw.com

William D. Maselli
98 Washington Avenue
Portland, ME 04101
**maselli@securenetspeed.net**