UNITED STATES DISTRICT COURT
DISTRICT OF MAINE

UNITED STATES OF AMERICA )
                                 )
      v.                     )      Criminal No. 2;14-CR 00083 (DBH)
                                 )
F. WILLIAM MESSIER and    )
DAVID EVERETT ROBINSON   )

**PROPOSED JURY INSTRUCTIONS FOR DAVID EVERETT ROBINSON**

Defendant Robinson does not object to the proposed jury instructions by the Government but does request and additional jury instruction on "willfulness" be given as to Court Two – Conspiracy. The Governments proposed Instruction Number 4 speaks only to "willful failure to file income tax returns" by defendant Messier in Count One. A separate jury instruction on the issue of willfulness as to conspiracy to defraud the Internal Revenue Service is appropriate for Count Two.

Dated: February 24, 2015, at Portland, Maine.

                         Respectfully submitted,

                         Joel Vincent
                         Attorney for David Everett Robinson
                         44 Exchange Street
                         Portland, Maine 04101
                         jvincent802@gmail.com

**CERTIFICATE OF SERVICE**

I hereby certify that on February 24, 2015, I electronically filed this Jury Instruction request for David Robinson with the Clerk of Court using the CM/ECF system which will send notifications of such filing(s) to the following:

James W. Chapman, Jr.
Assistant United States Attorney
100 Middle Street
Portland, Maine 04101
James.w.chapman@usdoj.gov

Karen E. Kelly
U.S. Department of Justice
Assistant Chief, Tax Division
601 D Street NW
Washington, DC 20530
Karen.e.kelly@usdoj.gov

 Michael Louis Minns
Ashley Blair Arnett
Michael Louis Minns, P.L.C.
9119 S. Gessner, Suite One
Houston, TX 77074
mike@minnslaw.com
Ashley@minnslaw.com

William D. Maselli
98 Washington Avenue
Portland, ME 04101
**maselli@securenetspeed.net**